THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDITH KAYE, Appellant.—

*(People* v. *Geyer,* 196 N. Y. 364; *People* v. *Montana,* 252 App. Div. 109.) Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.